UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62826-CIV-ALTMAN

HANH DANH,

    *Plaintiff,*

v.

ANDREU, PALMA, LAVIN & SOLIS, PLLC,

    *Defendant.*

_____/

## ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. On January 8, 2020, the Court entered a Scheduling Order [ECF No. 10] that required the parties to select a mediator; to select a time, date, and place for mediation; and to file a joint proposed order scheduling mediation, no later than January 28, 2020. The parties have thus far not complied with the Court's order. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that, on or before **February 5, 2020**, the parties shall select a mediator—as well as a time, date, and place for mediation—and file a proposed order scheduling mediation with the Court. Failure to comply with this Order will result in appropriate sanctions, including dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of January 2020.

                                                                         **ROY K. ALTMAN**
                                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record