UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cv-62826-RKA

HANH DANH,

    Plaintiff,

v.

ANDREU, PALMA, LAVIN & SOLIS, PLLC,

    Defendant.

_____/

## NOTICE OF MEDIATION

Plaintiff ANDREU, PALMA, LAVIN & SOLIS, PLLC and Defendant ANDREU, PALMA, LAVIN & SOLIS, PLLC (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the selection of Steven Jaffe, to mediate this matter. Mediation has been scheduled for 10:00 a.m. on July 10, 2020, at the Law Offices of Jibrael S. Hindi, 110 S.E. 6TH STREET, SUITE 1700, FORT LAUDERDALE, FLORIDA 33301.

DATED: February 4, 2020

    Respectfully Submitted,

    /s/ Jibrael S. Hindi
    **JIBRAEL S. HINDI, ESQ.**
    Florida Bar No.: 118259
    E-mail:   jibrael@jibraellaw.com
    **THOMAS J. PATTI, ESQ.**
    Florida Bar No.: 118377
    E-mail:   tom@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone:   954-907-1136
    Fax:   855-529-9540

    *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 4, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259